IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL DOLTER, Personal Representative )
of The Estate of Cathie Ann Dolter, )
)
      Plaintiff, )
)
  v. ) Cause No.:3:08-CV-262-JPG-DGW
)
KEENE'S TRANSFER, INC. et al., )
)
      Defendants. )

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: November 26, 2008**

                                  **NORBERT JAWORSKI, CLERK**

                                  **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:** *s/ J. Phil Gilbert*
                **U. S. DISTRICT JUDGE**